# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**COLIN SQUIRE,**                                                                          **PLAINTIFF**

**v.**                        **Case No. 4:21-cv-00960-KGB**

**CHASE DAVIS,** *et al.*                                                          **DEFENDANTS**

## ORDER

       The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 17). Plaintiff Colin Squire has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Squire's complaint for failure to prosecute (Dkt. No. 2). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas; *Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995). The relief requested is denied.

       It is so ordered this 1st day of August, 2022.

                                                                        _____
                                                                        Kristine G. Baker
                                                                        United States District Judge